UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE DESRAVINES; JIOVANNY
DESRAVINES; ROOSEVELT
DESRAVINES; ONEAL DESRAVINES;
and PETERSON DESRAVINES,

             **Plaintiffs,**

-vs-                                            Case No. 6:10-cv-1773-Orl-31DAB

ORANGE COUNTY SHERIFF'S OFFICE;
LARRY CLIFTON; WAL-MART; STATE
ATTORNEY'S OFFICE; MARTINA
HERRETES; JUDGE JERRY L. BREWER;
Z LAW FIRM, L.L.C.; MICHAEL
ZMIJEWSKI; HIRAM MORALES; JOHN
DOES; and JANE DOES,

             **Defendants.**

## ORDER

      This cause comes before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) filed November 29, 2010.

      On December 15, 2010, the United States Magistrate Judge issued a report (Doc. No. 7) recommending that the motion be denied without prejudice as to Jose Desravines on behalf of the three Desravines juveniles (Jiovanny, Oneal, and Peterson Desravines), and denied with prejudice as to Roosevelt Deravines.  It is further recommended that the Complaint be dismissed and that Jiovanny Desravines, Oneal Desravines, and Peterson Desravines be granted leave to file an amended complaint and individual amended applications to proceed *in forma pauperis* within fourteen days. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Application to Proceed in District Court Without Prepaying Fees or Costs is DENIED without prejudice as to Jiovanny, Oneal, and Peterson Desravines and is DENIED with prejudice as to Roosevelt Desravines.

3. The Complaint is DISMISSED. Jiovanny Desravines, Oneal Desravines, and Peterson Desravines are hereby granted leave to file an amended complaint within fourteen days from the date of this order which asserts § 1983 claims **only** against the Orange County Sheriff's Office and the arresting officer, and does not assert § 1983 claims against Wal-Mart, its security guard, the state judge, prosecutor, or defense attorney. Should these parties choose to file an amended complaint, they may also file with their complaint individual amended applications to proceed *in forma pauperis.*

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 4th day of January, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party